NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee,*

v.

**MANCHINO HUDSON,**
*Defendant-Appellant.*

---

2012-1512

---

Appeal from the United States District Court for the Middle District of Georgia in case no. 11-CR-0039, Judge W. Louis Sands.

---

Before LINN, DYK, and WALLACH, *Circuit Judges.*

DYK, *Circuit Judge.*

## ORDER

Upon consideration of the parties' joint motion to transfer this criminal appeal to the United States Court of Appeals for the Eleventh Circuit.

Accordingly,

IT IS ORDERED THAT:

US V. MANCHINO HUDSON                                                    2

The appeal is transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Eleventh Circuit.

FOR THE COURT

OCT 1 5 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Leah E. McEwen, Esq.
     Demetria Nicole Williams, Esq.

s26

Issued As A Mandate: OCT 1 5 2012